CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 05 2013

JULIA C. ━━━━━ CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NICHOLAS BARBATI, | CASE NO. 7:13CV00048 |
| Petitioner, | |
| | FINAL ORDER |
| v. | |
| WARDEN, USP LEE COUNTY, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that petitioner's motion for summary judgment (ECF No. 25) is **DENIED**; the respondent's motion to dismiss (ECF No. 33) is **GRANTED**; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 5th day of July, 2013.

_____
Chief United States District Judge